≈AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__     District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| **ALBERT PERDUE** | Case Number: 2:98cr172-A |
|  | USM Number: 10325-002 |
|  | Don W. Bethel |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __1 of the petition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from any unlawful use of a controlled substance | 7/13/05 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:     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

Defendant's Date of Birth:     00/00/1968

Defendant's Residence Address:
Montgomery, AL

Defendant's Mailing Address:
Montgomery, AL

August 24, 2005
Date of Imposition of Judgment

*/s/ signature/*
Signature of Judge

W. Harold Albritton, Senior U.S. District Judge
Name and Title of Judge

8/25/05
Date

SCANNED

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page  2  of  3

DEFENDANT:          ALBERT PERDUE
CASE NUMBER:        2:98cr172-A

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
**five (5) months**.
It is ORDERED that the term of supervised release imposed on August 8, 2001, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at five months.

X    The court makes the following recommendations to the Bureau of Prisons:
     The court recommends that the Defendant be designated to a facility where drug counseling is available.

☐    The defendant is remanded to the custody of the United States Marshal.

X    The defendant shall surrender to the United States Marshal for this district:
     X  at _____2:00_____ ☐ a.m. X p.m. on _____**September 9, 2005**_____ .
     ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐  before 2 p.m. on _____.
     ☐  as notified by the United States Marshal.
     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3C — Supervised Release

Judgment—Page __3__ of __3__

DEFENDANT:        ALBERT PERDUE
CASE NUMBER:      2:98CR172-A

# SPECIAL CONDITIONS OF SUPERVISION

**These conditions shall be in effect until Defendant surrenders for service of his sentence to the U. S. Marshal no later than 2:00 p.m. on September 9, 2005.**

Defendant shall remain under the supervision of the U. S. Probation Office.

Defendant shall be placed on the home confinement program. While on this program, Defendant shall remain at his residence at all times except for excused absences for employment purposes or religious service, including his planned wedding on August 27, 2005.

Defendant shall not violate any local, state or federal law.

Defendant shall not operate a motor vehicle.

If the Probation Officer learns of any violation of the terms of this release, the Defendant is to be arrested and immediately brought before this court.